UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00366-FDW-DSC

| | |
|---|---|
| NIRAV INGREDIENTS, INC. and ASH INGREDIENTS, INC., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WELLS FARGO BANK, N.A. and JOHN DOE(S), )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Doc. No. 19) filed by Defendant Wells Fargo Bank, N.A.. Victor L. Hayslip seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Doc. No. 19) is GRANTED.

IT IS SO ORDERED.

Signed: February 4, 2021

_____
Frank D. Whitney
United States District Judge