# Exhibit C

Exhibit C

 
# FW: Ash Ingredients & Ash-Longchem Past Due Payments

1 message

**Legna Garcia-Rodriguez** <Legna@ashingredients.com>
To: "nirav.h.doshi@gmail.com" <nirav.h.doshi@gmail.com>

Mon, Jun 3, 2019 at 11:11 AM

Dear Nirav,

Here you can see the email below with the "New Account" that was sent from the suspicious email.

***Regards,***

*Legna Garcia-Rodriguez*

*Administrative Assistant*



65 Harristown Road

Suite 307

Glen Rock, New Jersey

07452 USA

**T:**  +1.201-689-1322 Ext. 106

**F:** +1.201-689-1344

**E**: Legna@ashingredients.com

www.ashingredients.com

Office hours: Monday-Thursday 8:30am-5:00pm/ Friday 9:00am-3:00pm EST.

---

**From:** Legna Garcia-Rodriguez
**Sent:** Monday, June 3, 2019 9:42 AM
**To:** 'Nirav Doshi' <ndoshi@niravgroup.com>
**Subject:** FW: Ash Ingredients & Ash-Longchem Past Due Payments

FYI

**Regards,**

*Legna Garcia-Rodriguez*

*Administrative Assistant*



65 Harristown Road

Suite 307

Glen Rock, New Jersey

07452 USA

**T:** +1.201-689-1322 Ext. 106

**F:** +1.201-689-1344

**E**: Legna@ashingredients.com

www.ashingredients.com

Office hours: Monday-Thursday 8:30am-5:00pm/ Friday 9:00am-3:00pm EST.

**From:** Nirav Doshi <ndoshi@niravvgroup.com>
**Sent:** Thursday, May 16, 2019 10:43 AM
**To:** Legna Garcia-Rodriguez <Legna@ashingredients.com>
**Cc:** Phetmany Falconi <phet@ashingredients.com>; shaili@niravvgroup.com
**Subject:** Re: Ash Ingredients & Ash-Longchem Past Due Payments

Please find our updated Wire Transfer details below as our account number ending in.. 8010 is no longer active. Make all wire transfer to our new account number ending in.. 6081 effective 5/16.

| | |
|---|---|
| **RTN/ABA No.** | 121000248 |
| **Swift / BIC Code** | WFBIUS6S |
| **Bank Name** | Wells Fargo Bank N.A. |
| **Bank Address** | 420 Montgomery, San Francisco, CA 94104 |
| **Bank Acct. No.** | ████6081 |

Exhibit C

**Beneficiary**               Nirav Ingredients
**Beneficiary Address**   6420 Rea Rd, Suite A1-357, Charlotte, NC 28277

I await your response confirming you've updated our payment information.

Best Regards,

**Nirav Doshi**
Director

Nirav Ingredients
6420 Rea Rd, Suite A1-357, Charlotte, NC 28277
**P** 704.225.3984 **M** 704.607.6804
**E** ndoshi@niravgroup.com

From: Nirav Doshi <ndoshi@niravgroup.com>

Sent: Thursday, May 10, 2019 11:26 AM
To: Legna Garcia-Rodriguez <Legna@ashingredients.com>
Cc: Phetmany Falconi <phet@ashingredients.com>
Subject: Re: Ash Ingredients & Ash-Longchem Past Due Payments

Hello Legna,

Kindly review with Anil once he is back in office this week and pay as per attached statement.

Best Regards,

**Nirav Doshi**
Director

Nirav Ingredients
6420 Rea Rd, Suite A1-357, Charlotte, NC 28277
**P** 704.225.3984 **M** 704.607.6804
**E** ndoshi@niravgroup.com

From: Legna Garcia-Rodriguez <Legna@ashingredients.com>
Date: Thursday, May 2, 2019 at 12:01 PM
To: Nirav Doshi <ndoshi@niravgroup.com>
Cc: Phetmany Falconi <phet@ashingredients.com>

Exhibit C