# Exhibit E

Exhibit E

# Consumer Account Application



| Bank Name: | | Store Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | HUNTERS CROSSING | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| SANDRA PAQUETTE | | C6582 | 09/30/2014 |

| Banker Phone: | Store Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 352/260-1102 | 10557 | 0066434 | Z3036-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | Account Number: | Product: |
|---|---|---|
| Wells Fargo Everyday Checking | ███1523 | DDA |

| Purpose of Account: | Minor: | COID: |
|---|---|---|
| Personal/Household | | 287 |

| Product Name: | Account Number: | Product: |
|---|---|---|
| Wells Fargo Way2Save Savings | ███6081 | DDA |

| Purpose of Account: | Minor: | COID: |
|---|---|---|
| Savings | | 287 |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| ███2902 | NO |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| KAREN PAIGE | Sole Owner |

## Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| KAREN PAIGE | ███████ | |
| | Address Line 2: | |
| | City: | State: |
| | GAINESVILLE | FL |
| | ZIP/Postal Code: | Country: |
| | 32606-4405 | US |



2W02-000648658741-01

Nirav Ingredients, et al. v. Wells Fargo Bank, N.A.

Case 3:20-cv-00366-FDW    Document 27-5    Filed 04/14/21    Page 2 of 4

**Exhibit E**

## Customer 1 Information

| | |
|---|---|
| Customer Name: <br> \|KAREN PAIGE | Street Address: <br> ████████████████ |
| Customer Number (ECN): <br> ████████4115 | Address Line 2: |
| Account Relationship: <br> \|Sole Owner | Address Line 3: |
| Taxpayer Identification Number (TIN): REDACTED1788   TIN Type: \|SSN   Date of Birth: REDACTED1966 | City: \|GAINESVILLE    State: \|FL |
| Primary ID Type: \|DLIC   Primary ID Description: \|P200-500-66-825-0 | ZIP/Postal Code: 32606-4405   Country: \|US   Time at this address: \|5 Year(s) 8 Month(s) |
| Primary ID St/Ctry/Prov: \|FL   Primary ID Issue Date: \|08/21/2009   Primary ID Expiration Date: \|09/05/2017 | Directional Address: <br> *(Document when no physical residence, business or alternate street address.)* |
| Secondary ID Type: \|OTHR DC   Secondary ID Description: \|WELLS FARGO VISA | |
| Secondary ID State/Country:   Secondary ID Issue Date:   Secondary ID Expiration Date: \|12/30/2016 | Previous Street Address: |
| Home Phone: \|352/262-5371   Business Phone: \|352/375-1212 | City:    State: |
| Current Employer: \|gainesville family | ZIP/Postal Code:   Country:   Time at this address: Year(s) Month(s) |
| Check Reporting: \|NO RECORD | Country of Citizenship: \|US |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).
3. I am a U.S. citizen or other U.S. person.   ☐ I am subject to backup withholding   ☐ I am exempt from backup withholding
4. I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting.

| Tax Responsible Customer Name: <br> \|KAREN PAIGE | Taxpayer Identification Number (TIN): <br> REDACTED 1788 |
|---|---|

TIN Certification Signature

*Karen Paige*

☐ Submit manually
☐ Signature not required

Date: \|09/30/2014

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**



DSG8921 (5-14 SVP )   2W02-00064865 8741-02   Nirav Ingredients, et al. v. Wells Fargo Bank, N.A.   Page 2 of 3   Wells Fargo Confidential

Case 3:20-cv-00366-FDW   Document 27-5   Filed 04/14/21   Page 3 of 4   Wells Fargo000122

**Exhibit E**

Customer 1 Name

KAREN PAIGE

Customer 1 Signature

KAREN PAIGE

☐ Submit manually
☐ Signature not required

Date:

09/30/2014

DSG8921 (5-14  SVP )

2W02-000648658741-03

Nirav Ingredients, et al. v. Wells Fargo Bank, N.A.

Wells Fargo Confidential

Case 3:20-cv-00366-FDW    Document 27-5    Filed 04/14/21    Page 4 of 4

**Exhibit E**

Wells Fargo000123