# Exhibit F

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 3:20-cv-366

_____

NIRAV INGREDIENTS, INC. and    )

ASH INGREDIENTS, INC.,        )

                           )

        Plaintiffs,       )

                           )

v.                      )      (Taken via Zoom)

                           )

WELLS FARGO BANK, N.A. & JOHN  )

DOE(s),                 )

                           )

        Defendants.      )

_____ )


30(b)(6) DEPOSITION

OF

WELLS FARGO

BY

SAVITA DAVIS


On Tuesday, March 30, 2021


REPORTER:  CHRISTINE A. TAYLOR, RPR

Exhibit F

applications, you know, they're ran electronically just like in-store application. The customers still have to go into a physical branch to make a deposit to ensure that the account is active.

Q. Do you know if Ms. Paige opened her account in person or online?

A. It was done in person.

Q. In 2014?

A. That's correct.

Q. And the second time an account was opened at Wells Fargo, was that in person?

A. I'm not sure.

Q. Do you know who would know that?

A. I mean, it would just be looking at an account application for that second account. But I only have the account that she opened in September on September 30 of 2014. I don't have the other application that you're referring to.

Q. I'll get more into this later, but did Wells Fargo do any type of investigation after being notified of the wire transfers at issue in this case?

        MR. HAYSLIP: Object to the form.

Q. You can answer, Ms. Davis.

A. What do you specifically mean by investigation? Investigation specifically to Karen or the wire?

Lowrance Reporting Service, Inc.
704-543-7995     www.lowrancereporting.com
Case 3:20-cv-00366-FDW   Document 27-6   Filed 04/14/21   Page 3 of 6
Exhibit F

Page 88

there are not, then the case is closed. So there's nothing that they can do at that point.

Q. Okay. When somebody comes in and opens an account at Wells Fargo like Karen Paige did, is there -- are there any steps taken to verify the information that the account applicant gives on their application?

A. Yes, there is.

Q. What are those steps?

A. So it's actually a third-party system that is used that's built into the application process called EWS, which stands for early warning system. And just as it's termed "early warning system," it basically will alert based off of the customer's Social Security number, their name, and I believe it's just -- yeah, Social Security and name. It will generate if there's any negative banking history that they have. And that could be fraud activity, reoccurring overdrafts, anything that would in a sense warn a bank to say, hey, you know, you might want to, you know, look into this if you're potentially looking at this to be a client or a customer.

On Wells Fargo's end, if any signs that come up that are negative, the account just won't be opened at all. And it's a three-year period of history that they're looking at. It's a facility

704-543-7995      www.lowrancereporting.com
Case 3:20-cv-00366-FDW    Document 27-6    Filed 04/14/21    Page 4 of 6
Exhibit F

heavily within the banking industry, and most banks will use the system to verify their customers prior to opening or setting an account with them.

Q. Yeah, that's really helpful. Thank you.

So do banks -- different banking institutions use that same system?

A. They do. I don't know specifically what banks do. I just know it's heavily used in the banking industry with various banks. Again, it's a way to report to make aware if there has been any type of unethical behavior from previous customer relationships.

Q. And what does that unethical behavior include?

A. So, as I mentioned before, fraudulent account activity, recurring overdrafts, mishandling of the account that would be reported by the banking institution if they're closing a relationship with their customer.

Q. Okay. So do the banking institutions which use this system also provide information to it to be used by other banks?

A. The information would necessarily be what I just stated as far as reason for closures. I don't know how much detail is placed in there, but it's normally an alert to say, hey, there's been negative behavior in the past.

Lowrance Reporting Service, Inc.
704-543-7995     www.lowrancereporting.com
Case 3:20-cv-00366-FDW    Document 27-6    Filed 04/14/21    Page 5 of 6
Exhibit F

would be my question because this is not out of the norm.

Q. In the determination of whether or not it's suspicious?

MR. HAYSLIP: Object to the form.

A. No.

Q. Okay. And when you say it's not outside of the norm, can you explain to me what you meant by that?

A. Yeah. At any given time a customer will have maintained a low balance. It's not suspicious in the sense that, who knows, maybe they are purchasing a vehicle, they're purchasing a home. Having a large deposit doesn't automatically trigger anything unusual. And we really are not micromanaging their account as to what's coming in and out of that account. So it would not seem out of the norm.

Q. Okay. And when you say "out of the norm," you're not specifically referring to the norm for this account; right? You're just saying just in general?

MR. HAYSLIP: Object to the form.

A. Just in general.

Q. And I know I've asked you this a couple of times. I just want to make sure so I don't waste everybody's time. Have you reviewed the April 9, 2019, statement for Karen Paige's accounts for any of the accounts?

Lowrance Reporting Service, Inc.
704-543-7995    www.lowrancereporting.com
Case 3:20-cv-00366-FDW    Document 27-6    Filed 04/14/21    Page 6 of 6
Exhibit F