# Exhibit G

Exhibit G

```
<<< TRN: 190524-043693 >>>
------------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****                    ( Bank : 121 )

                                          SND DATE: 19/05/24
SRC:FED CALLER:                           EXT:

RPT#        AMT:11,819.00                  CUR:USD RATE: 1.        TRDR#
TEST: VAL:                        TYP:FTR/    FNDS:S CHG:DB:W CD:R COM:N CBL:N
------------------------------------------------------------------------------
DBT A/021000089                    CDT *D/███████6081          ADV:LTR
DEBIT VAL: 19/05/24 CTYP           CREDIT VAL: 19/05/24 CTYP
AMT:11,819.00 CUR:USD              AMT:11,819.00 CUR:USD
GL RECON: 114114                   GL RECON: 287287
DEPT:0002729                       KAREN PAIGE
CITIBANK N.A.                      ████████████████████
399 PARK AVE                       GAINESVILLE        FL 32608-2073
NEW YORK NY 10022                  BNF:/█████6081              CHG:B BK?N
COUNTRY OF RESIDENCY: US           NIRAV INGREDIENTS
SEND:                              6420 REA RD, SUITE A1-357,
CITIBANK N A RETAIL WIRE SETTLEMENT CHARLOTTE, NC 28277
                                   704-225-3984
                                   ORIG TO BNF INFO:
SNDR REF NUM:G0191441770801        PAYMENT FOR INV  S2626
ORDERING BNK:                      ASH INGREDIENTS INC
CITIBANK NEW JERSEY - OP A/C
ONE SANSOME STREET
SAN FRANCISCO, CA  94101
ORIG:/000759582456
ASH INGREDIENTS INC
  FL3 65 HARRISTOWN RD GLEN ROCK NJ
  074523315


    **** MESSAGE TEXT ****

{1100} Message Disposition:
        Format Version:            30 (New expanded format)
        Test Production Code:      P  (Production)
        Msg Duplication Code:         (Original incoming msg)
        Msg Status Indicator:      N  (Incoming msg)

{1110} Acceptance Timestamp:
        Receipt Date:              05/24
        Receipt Time:              09:16
        Receipt Application Id:    FT03

{1120} OMAD:
        Output cycle date:         2019/05/24
        Output Destination Id:     I1B7033R
```

<span style="color:red">CONFIDENTIAL</span>

```
        Output sequence number:        005839
        Output date:                   05/24
        Output time:                   09:16
        Output application Id:         FT03

{1510} Type/Subtype Code:
        Type Code:                     10 (Transfer of funds)
```

WELLS FARGO BANK N.A.                                           Page221004
FULL TRANSACTION REPORT                       FOR 24-MAY-2019

```
        Subtype Code:                  00 (Regular transfer)

{1520} IMAD:
        Input Cycle date:              2019/05/24
        Input Source id:               B1Q8021C
        Input Sequence number:         016880

{2000} Amount:                         $11,819.00

{3100} Sending Bank:
        ABA number:                    021000089
        Short name:                    CITIBANK NA
        ABA lookup (REL):              CITIBANK N.A.
                                       399 PARK AVE
                                       NEW YORK NY

{3320} Sender Reference:               G0191441770801

{3400} Receiving Bank:
        ABA number:                    121000248
        Short name:                    WELLS FARGO BANK N
        ABA lookup (AUX):              WELLS FARGO BANK, NA
                                       SAN FRANCISCO, CA

{3600} Business Function Code:         CTP (Customer transfer plus)

{3620} Payment Notification:
        Indicator:                     3
        SWIFT  UETR:                   0BB57199-7403-4F7A-A82F-88B1C69432B8

{3700} Charges:                        B (Beneficiary)
                                       USD 0.00

{4200} Beneficiary:                    D███████6081
                                       NIRAV INGREDIENTS
                                       6420 REA RD, SUITE A1-357,
                                       CHARLOTTE, NC 28277
                                       704-225-3984

{5000} Originator:                     D/000759582456
```

```
                                  ASH INGREDIENTS INC
                                    FL3 65 HARRISTOWN RD GLEN ROCK NJ
                                    074523315


{5100} Originator's Bank:          /
                                   CITIBANK NEW JERSEY - OP A/C
                                   ONE SANSOME STREET
                                   SAN FRANCISCO, CA   94101


{5200} Instructing Bank:           /
                                   CITIBANK N A RETAIL WIRE SETTLEMENT


{6000} Originator to Beneficiary Info: PAYMENT FOR INV  S2626

{6400} Beneficiary Info:           ASH INGREDIENTS INC


WELLS FARGO BANK N.A.                                       Page221005
FULL TRANSACTION REPORT                      FOR 24-MAY-2019

*****Remittance Data Unavailable*****

    MESSAGE HISTORY SEQUENCE
---------------------------------
121 is the owning bank. Priority:
        REF_INDEX         REF #: 190524043693  24-MAY-2019 08:16:29.42
        FEDMQIN3          SEQ #: 5841 24-MAY-2019 08:16:29.42 Info: FNPN.TODI
.121000248.A3||||20190524
        FEDIN3            SEQ #: 5839 24-MAY-2019 08:16:29.42
        FLASHRCV          ABA: 021000089   FED REF: G0191441770801
                          IMAD: 0524B1Q8021C01688005240916FT03
        FEDINQ         DEQ
* BEGIN DESTINATION *DST(1), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//RGW3_OUTQ
        RGW3_OUTQ         TEXT: 2019052400043693
        Memo: (RCV)
* END DESTINATION
* BEGIN DESTINATION *DST(2), DLV STATE: D
    RTE: /
    DST: ENQ///////
        Queue: 121//TSI3_QUE
        TSI3_QUE       DEQ
        Memo: RCV/F 24-MAY-2019 08:16:41.90 (RCV)
        TSI3_SRF          KEY: 2400043693479843
        TSI3_OUT          SEQ #: 479843 24-MAY-2019 08:16:42.34 Info:
2400043693479843          F
        Memo: RCV/F 24-MAY-2019 08:16:41.90 (RCV)
        TSI3_SND          SEQ #: 479843 24-MAY-2019 08:16:42.34 Info:
```

CONFIDENTIAL

```
2400043693479843                F
          TSI3_ACK              SEQ #: 479843 24-MAY-2019 08:16:42.42 Info:
2400043693479843                +
* END DESTINATION
          GPI_UETR_NDX          KEY: 0bb57199-7403-4f7a-a82f-88b1c69432b8
          FEDIN_LOG             AMT: 11819.00    TIME: 24-MAY-2019 08:16:41.91
          ABA_INDEX             KEY: 021000089
          *SYS_MEMO             *AUTOTRIEVE VLD V name & address - CDT Acct. D
█████████6081
          *SYS_MEMO             AM 0066434 N 287287 10557
00000
          *SYS_MEMO             Possible name mismatch in CDT party
          *SYS_MEMO             *CVD:7 DVD:6 PSD:3 SSD:--- DBD:1 CBD:1
          *GL__INQ_DBT
          NOF_ACC_NDX           KEY: ████████6081
          Memo: CDT
          *ADR_MSG_QUE          TEXT: 2019052400043693
          Memo: DBT/1092370
          *SYS_MEMO             Stop_Check msg routed to EXTERNAL STOP SERVER 24-MAY
-2019 08:16:42.00
          *SYS_MEMO             *MRSTOP/*MR/MAP/   /5/$$$FED
* BEGIN DESTINATION *DST(3), DLV STATE: Q
    RTE: /
    DST: ENQ///////
          Queue: 121//RGW3_OUTQ
          RGW3_OUTQ             TEXT: 2019052400043693  AMOUNT: 11819.00   USD
          Memo: (OFC)
WELLS FARGO BANK N.A.                                              Page221006
FULL TRANSACTION REPORT                          FOR 24-MAY-2019

* END DESTINATION
          OFC_OUTQ      DEQ
          OFC4_PNDDLVQ  DEQ
          OFC4_SRF              KEY: 2400043693012254
          OFC4_OUT              SEQ #: 12254 24-MAY-2019 08:16:42.20 Info:
2400043693012254                F
          OFC4_SND              SEQ #: 12254 24-MAY-2019 08:16:42.20 Info:
2400043693012254                F
          OFC4_RCV              SEQ #: 495 24-MAY-2019 08:16:43.42
          *SYS_MEMO             GSMOS Ref Num: UMTA20190524MTS56226215
          *SYS_MEMO
          *SYS_MEMO             PASS-POFAC - Passed
          PAYADVQ       DEQ
          PAYADV_LOG            OPRID: $$$PAY  TIME: 24-MAY-2019 08:16:43.49
          *FED_GL               SAM_DBT  AMOUNT: 11819.00   USD
          *DUE_FROM             SAM_CDT  AMOUNT: 11819.00   USD
          *DUE_TO               SAM_DBT  AMOUNT: 11819.00   USD
          *DUE_TO               SAM_CDT  AMOUNT: 11819.00   USD
          *DUE_FROM             SAM_DBT  AMOUNT: 11819.00   USD
          *NOF_BAL              SAM_CDT  AMOUNT: 11819.00   USD
```

```
            SYSPRFBAL         PRF_DDA_CDT  AMOUNT: 11819.00    USD
            DDA_BACKEND       TEXT: 2019052400043693  AMOUNT: 11819.00    USD
            GL_BACKEND        TEXT: 2019052400043693  AMOUNT: 11819.00    USD
            NOF_POSTQ     DEQ
* BEGIN DESTINATION *DST(4), DLV STATE: Q
    RTE: /
    DST: ENQ///////
            Queue: 121//BCP_OUTQ
            BC2_ACKPNDQ    DEQ
            Memo: >>>ISIACKPND021970201905240004369 3BC2_OUT|*CUS
            BCP_OUTQ       DEQ
            BC2_OUT          SEQ #: 21970 24-MAY-2019 08:16:39.39 Info:  *CUS
* END DESTINATION
* BEGIN DESTINATION *DST(5), DLV STATE: Q
    RTE: /
    DST: ENQ///////
            Queue: 121//RGW3_OUTQ
            RGW3_OUTQ       TEXT: 2019052400043693  AMOUNT: 11819.00    USD
* END DESTINATION
            DDA_PDM_30       SEQ #: 1385 24-MAY-2019 08:16:43.54 Info: PD
            DDA_POST_30      SEQ #: 1385 24-MAY-2019 08:16:43.60 Info: PD
            Memo: Dbt posted - tc: 114WNRPO|190524043693|||
            DDA_PDM_30       SEQ #: 1386 24-MAY-2019 08:16:43.60 Info: PC
            DDA_POST_30      SEQ #: 1386 24-MAY-2019 08:16:43.67 Info: PC
            Memo: Cdt posted - tc: 287RBASI|190524043693|||
* BEGIN DESTINATION *DST(6), DLV STATE: D
    RTE: /
    DST: ENQ///////
            Queue: 121//TSI3_QUE
            TSI3_QUE       DEQ
            Memo: CMP/F 24-MAY-2019 08:16:43.68
            TSI3_SRF         KEY: 2400043693479847
            TSI3_OUT         SEQ #: 479847 24-MAY-2019 08:16:44.74 Info:
2400043693479847        F
            Memo: CMP/F 24-MAY-2019 08:16:43.68
            TSI3_SND         SEQ #: 479847 24-MAY-2019 08:16:44.74 Info:
2400043693479847        F
WELLS FARGO BANK N.A.                                        Page221007
FULL TRANSACTION REPORT                         FOR 24-MAY-2019


            TSI3_ACK         SEQ #: 479847 24-MAY-2019 08:16:44.88 Info:
2400043693479847        +
* END DESTINATION

WELLS FARGO BANK N.A.                                        Page221008
FULL TRANSACTION REPORT                         FOR 24-MAY-2019
```