# Exhibit H

Exhibit H

# CONFIDENTIAL

```
<<< TRN: 190524-043693 >>>
--------------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****                    ( Bank : 121 )

                                        SND DATE: 19/05/24
SRC:FED CALLER:                         EXT:

RPT#          AMT:11,819.00            CUR:USD RATE: 1.          TRDR#
TEST: VAL:                   TYP:FTR/    FNDS:S CHG:DB:W CD:R COM:N CBL:N
--------------------------------------------------------------------------------
DBT A/021000089                        CDT *D/         6081          ADV:LTR
DEBIT VAL: 19/05/24 CTYP               CREDIT VAL: 19/05/24 CTYP
AMT:11,819.00 CUR:USD                  AMT:11,819.00 CUR:USD
GL RECON: 114114                       GL RECON: 287287
DEPT:0002729                           KAREN PAIGE
CITIBANK N.A.
399 PARK AVE                           GAINESVILLE          FL 32608-2073
NEW YORK NY 10022                      BNF:     6081               CHG:B BK?N
COUNTRY OF RESIDENCY: US               NIRAV INGREDIENTS
SEND:                                  6420 REA RD, SUITE A1-357,
CITIBANK N A RETAIL WIRE SETTLEMENT    CHARLOTTE, NC 28277
                                       704-225-3984
                                       ORIG TO BNF INFO:
SNDR REF NUM:G0191441770801            PAYMENT FOR INV  S2626
ORDERING BNK:                          ASH INGREDIENTS INC
CITIBANK NEW JERSEY - OP A/C
ONE SANSOME STREET
SAN FRANCISCO, CA  94101
ORIG:/000759582456
ASH INGREDIENTS INC
  FL3 65 HARRISTOWN RD GLEN ROCK NJ
  074523315


    **** MESSAGE TEXT ****

{1100} Message Disposition:
        Format Version:          30 (New expanded format)
        Test Production Code:    P  (Production)
        Msg Duplication Code:       (Original incoming msg)
        Msg Status Indicator:    N  (Incoming msg)

{1110} Acceptance Timestamp:
        Receipt Date:            05/24
        Receipt Time:            09:16
        Receipt Application Id:  FT03

{1120} OMAD:
        Output cycle date:       2019/05/24
        Output Destination Id:   I1B7033R
```

<span style="color:red">CONFIDENTIAL</span>

```
        Output sequence number:        005839
        Output date:                   05/24
        Output time:                   09:16
        Output application Id:         FT03

{1510} Type/Subtype Code:
        Type Code:                     10 (Transfer of funds)
```

WELLS FARGO BANK N.A.                                         Page221004
FULL TRANSACTION REPORT                    FOR 24-MAY-2019

```
        Subtype Code:                  00 (Regular transfer)

{1520} IMAD:
        Input Cycle date:              2019/05/24
        Input Source id:               B1Q8021C
        Input Sequence number:         016880

{2000} Amount:                         $11,819.00

{3100} Sending Bank:
        ABA number:                    021000089
        Short name:                    CITIBANK NA
        ABA lookup (REL):              CITIBANK N.A.
                                       399 PARK AVE
                                       NEW YORK NY

{3320} Sender Reference:               G0191441770801

{3400} Receiving Bank:
        ABA number:                    121000248
        Short name:                    WELLS FARGO BANK N
        ABA lookup (AUX):              WELLS FARGO BANK, NA
                                       SAN FRANCISCO, CA

{3600} Business Function Code:         CTP (Customer transfer plus)

{3620} Payment Notification:
        Indicator:                     3
        SWIFT  UETR:                   0BB57199-7403-4F7A-A82F-88B1C69432B8

{3700} Charges:                        B (Beneficiary)
                                       USD 0.00

{4200} Beneficiary:                    D/      6081
                                       NIRAV INGREDIENTS
                                       6420 REA RD, SUITE A1-357,
                                       CHARLOTTE, NC 28277
                                       704-225-3984

{5000} Originator:                     D/000759582456
```

# CONFIDENTIAL

```
                                    ASH INGREDIENTS INC
                                      FL3 65 HARRISTOWN RD GLEN ROCK NJ
                                      074523315

{5100} Originator's Bank:           /
                                    CITIBANK NEW JERSEY - OP A/C
                                    ONE SANSOME STREET
                                    SAN FRANCISCO, CA  94101

{5200} Instructing Bank:            /
                                    CITIBANK N A RETAIL WIRE SETTLEMENT

{6000} Originator to Beneficiary Info: PAYMENT FOR INV  S2626

{6400} Beneficiary Info:            ASH INGREDIENTS INC


WELLS FARGO BANK N.A.                                        Page221005
FULL TRANSACTION REPORT                      FOR 24-MAY-2019

*****Remittance Data Unavailable*****

    MESSAGE HISTORY SEQUENCE
---------------------------------
121 is the owning bank. Priority:
        REF_INDEX          REF #: 190524043693  24-MAY-2019 08:16:29.42
        FEDMQIN3           SEQ #: 5841 24-MAY-2019 08:16:29.42 Info: FNPN.TODI
.121000248.A3||||20190524
        FEDIN3             SEQ #: 5839 24-MAY-2019 08:16:29.42
        FLASHRCV           ABA: 021000089  FED REF: G0191441770801
                           IMAD: 0524B1Q8021C01688005240916FT03
        FEDINQ         DEQ
* BEGIN DESTINATION *DST(1), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//RGW3_OUTQ
        RGW3_OUTQ          TEXT: 2019052400043693
        Memo: (RCV)
* END DESTINATION
* BEGIN DESTINATION *DST(2), DLV STATE: D
    RTE: /
    DST: ENQ///////
        Queue: 121//TSI3_QUE
        TSI3_QUE       DEQ
        Memo: RCV/F 24-MAY-2019 08:16:41.90 (RCV)
        TSI3_SRF           KEY: 2400043693479843
        TSI3_OUT           SEQ #: 479843 24-MAY-2019 08:16:42.34 Info:
2400043693479843          F
        Memo: RCV/F 24-MAY-2019 08:16:41.90 (RCV)
        TSI3_SND           SEQ #: 479843 24-MAY-2019 08:16:42.34 Info:
```

```
2400043693479843             F
        TSI3_ACK             SEQ #: 479843 24-MAY-2019 08:16:42.42 Info:
2400043693479843             +
* END DESTINATION
        GPI_UETR_NDX         KEY: 0bb57199-7403-4f7a-a82f-88b1c69432b8
        FEDIN_LOG            AMT: 11819.00    TIME: 24-MAY-2019 08:16:41.91
        ABA_INDEX            KEY: 021000089
        *SYS_MEMO            *AUTOTRIEVE VLD V name & address - CDT Acct. D
████████████6081
        *SYS_MEMO            AM 0066434 N 287287 10557
00000
        *SYS_MEMO            Possible name mismatch in CDT party
        *SYS_MEMO            *CVD:7 DVD:6 PSD:3 SSD:--- DBD:1 CBD:1
        *GL__INQ_DBT
        NOF_ACC_NDX          KEY: ████████████6081
        Memo: CDT
        *ADR_MSG_QUE         TEXT: 2019052400043693
        Memo: DBT/1092370
        *SYS_MEMO            Stop_Check msg routed to EXTERNAL STOP SERVER 24-MAY
-2019 08:16:42.00
        *SYS_MEMO            *MRSTOP/*MR/MAP/   /5/$$$FED
* BEGIN DESTINATION *DST(3), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//RGW3_OUTQ
        RGW3_OUTQ            TEXT: 2019052400043693  AMOUNT: 11819.00   USD
        Memo: (OFC)
WELLS FARGO BANK N.A.                                          Page221006
FULL TRANSACTION REPORT                       FOR 24-MAY-2019

* END DESTINATION
        OFC_OUTQ      DEQ
        OFC4_PNDDLVQ  DEQ
        OFC4_SRF             KEY: 2400043693012254
        OFC4_OUT             SEQ #: 12254 24-MAY-2019 08:16:42.20 Info:
2400043693012254             F
        OFC4_SND             SEQ #: 12254 24-MAY-2019 08:16:42.20 Info:
2400043693012254             F
        OFC4_RCV             SEQ #: 495 24-MAY-2019 08:16:43.42
        *SYS_MEMO            GSMOS Ref Num: UMTA20190524MTS56226215
        *SYS_MEMO
        *SYS_MEMO            PASS-POFAC - Passed
        PAYADVQ       DEQ
        PAYADV_LOG           OPRID: $$$PAY  TIME: 24-MAY-2019 08:16:43.49
        *FED_GL              SAM_DBT  AMOUNT: 11819.00   USD
        *DUE_FROM            SAM_CDT  AMOUNT: 11819.00   USD
        *DUE_TO              SAM_DBT  AMOUNT: 11819.00   USD
        *DUE_TO              SAM_CDT  AMOUNT: 11819.00   USD
        *DUE_FROM            SAM_DBT  AMOUNT: 11819.00   USD
        *NOF_BAL             SAM_CDT  AMOUNT: 11819.00   USD
```

# CONFIDENTIAL

```
        SYSPRFBAL          PRF_DDA_CDT  AMOUNT: 11819.00    USD
        DDA_BACKEND        TEXT: 2019052400043693  AMOUNT: 11819.00    USD
        GL_BACKEND         TEXT: 2019052400043693  AMOUNT: 11819.00    USD
        NOF_POSTQ       DEQ
* BEGIN DESTINATION *DST(4), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//BCP_OUTQ
        BC2_ACKPNDQ     DEQ
        Memo: >>>ISIACKPND021970201905240043693BC2_OUT|*CUS
        BCP_OUTQ        DEQ
        BC2_OUT            SEQ #: 21970 24-MAY-2019 08:16:39.39 Info:  *CUS
* END DESTINATION
* BEGIN DESTINATION *DST(5), DLV STATE: Q
    RTE: /
    DST: ENQ///////
        Queue: 121//RGW3_OUTQ
        RGW3_OUTQ          TEXT: 2019052400043693  AMOUNT: 11819.00    USD
* END DESTINATION
        DDA_PDM_30         SEQ #: 1385 24-MAY-2019 08:16:43.54 Info: PD
        DDA_POST_30        SEQ #: 1385 24-MAY-2019 08:16:43.60 Info: PD
        Memo: Dbt posted - tc: 114WNRPO|190524043693|||
        DDA_PDM_30         SEQ #: 1386 24-MAY-2019 08:16:43.60 Info: PC
        DDA_POST_30        SEQ #: 1386 24-MAY-2019 08:16:43.67 Info: PC
        Memo: Cdt posted - tc: 287RBASI|190524043693|||
* BEGIN DESTINATION *DST(6), DLV STATE: D
    RTE: /
    DST: ENQ///////
        Queue: 121//TSI3_QUE
        TSI3_QUE        DEQ
        Memo: CMP/F 24-MAY-2019 08:16:43.68
        TSI3_SRF           KEY: 2400043693479847
        TSI3_OUT           SEQ #: 479847 24-MAY-2019 08:16:44.74 Info:
2400043693479847         F
        Memo: CMP/F 24-MAY-2019 08:16:43.68
        TSI3_SND           SEQ #: 479847 24-MAY-2019 08:16:44.74 Info:
2400043693479847         F
```

WELLS FARGO BANK N.A.                                              Page221007
FULL TRANSACTION REPORT                       FOR 24-MAY-2019

```
        TSI3_ACK           SEQ #: 479847 24-MAY-2019 08:16:44.88 Info:
2400043693479847         +
* END DESTINATION
```

WELLS FARGO BANK N.A.                                              Page221008
FULL TRANSACTION REPORT                       FOR 24-MAY-2019