# Exhibit I

Exhibit I

 Gmail

# MOST URGENT - Wire Fraud - Nirav Ingredients

**Nirav Doshi** <nirav.h.doshi@gmail.com>                   Mon, Jun 3, 2019 at 5:22 PM
To: Lisa.Simpson2@wellsfargo.com

Hello Lisa,

This is to report wire fraud initiated by email hacker(s). As conveyed to you on phone, attached please find details on the two wire transactions that were initiated by our customer (i.e. Ash Ingredients Inc.) in good faith based on a hacked email communication. It seems Wells Fargo credited these wire transfer amounts to account # ▮▮▮▮6081 even though the beneficiary of this account is not Nirav Ingredients with address 6420 Rea Road, Suite A1-357, Charlotte, NC 28277 as stipulated in the original wire transfers. The customer's bank (i.e. Citi Bank) has initiated both wire recalls with case number 190603-007258 for USD 83,925.00 and case number 190603-007315 for USD 11,819.00. Kindly ensure that the amounts are remitted back forthwith to enable our customer to pay us in our appropriate account immediately.

Sincerely,

Nirav Doshi
Director - Nirav Dye & Chemicals, Inc. (dba Nirav Ingredients)
Wells Fargo Account # ▮▮▮▮▮▮8010

---

**2 attachments**

📄 **Nirav wire payment Inv # 2626.pdf**
31K

📄 **Nirav wire payment Inv # 2614 & 2615.pdf**
32K