# Exhibit J

Case 3:20-cv-00366-FDW    Document 27-10    Filed 04/14/21    Page 1 of 3

Exhibit J

# Checking/Savings Account Detail

# Wells Fargo Way2Save Savings

FLORIDA 287

- ██████6081
- OPENED 09/30/2014
- First Year
- PURGEABLE

- CLOSED 06/17/2019

## Account Relationships

Tax Responsible Customer: KAREN PAIGE

## Additional Relationships

KAREN PAIGE Sole Owner

## Account Title

Statement/Mailing Name: KAREN PAIGE

## Basic Information

Reason for Closing: Unsatisfactory handling
Account TIN: SSN | xxx-xx-1788 View
Certification: W-9 Certification
Line of Business: RETAIL CONSUMER
Money Services Business: No

## Location Information

AU: 66434
Officer/Portfolio: C6582  PAQUETTE, SANDRA E  352-260-1116
Location:
     10557 HUNTERS CROSSING
     HUNTERS CROSSING
     P.O. BOX 6995
     PORTLAND, OR 97228-6995

## Balance

Ledger Balance: $0.00
Available Balance: $0.00
Average Balance Last 12 Months: $1,851.39
Insufficient Funds/Overdraft Today: No
Balance Sweep: None

Last ACH Direct Deposit: None

# Linked Debit/ATM Cards

None

# Other Related Accounts

Save As You Go

Linked Checking                                                    None

Brokerage Settlement Relationships

None

Other

Portfolio Relationship                                                    No

Relationship Pricing                                                    No

**Exhibit J**