# Exhibit L

**Exhibit L**

**Nirav Ingredients**
6420 Rea Road, Suite A1-357
Charlotte, NC 28277
T 704.509.1677
F 704.509.1606



June 4, 2019

To:   Ash Ingredients Inc.
      65 Harristown Road
      Suite 307
      Glen Rock, NJ 07452

Attn:   Anil Kripalani

Subj:   **Remittance by Wire Transfer**

Dear Sir / Madam,

Fraudulent activities are done by hackers with the intention to modify the bank details in transaction documents shared on emails / other social media, and thus fraudulently diverting payments into accounts not belonging to the actual / genuine recipient. The hackers hack the email accounts / computer systems and monitor the communications for some time and then initiate request to change the bank details. Such emails look very similar to the correct email ID by changing one / two alphabets.

To ensure that we do not fall victim to such a fraud and to further protect ourselves we have taken a policy decision of sharing our bank details below on our letterhead signed by our authorized signatory under company seal and this letter is sent to you by courier in duplicate.

RTN / ABA No. :              121000248
Swift / BIC Code :           WFBIUS6S
Bank Name :                  Wells Fargo Bank N.A.
Bank Address :               420 Montgomery, San Francisco, CA 94104.
Bank Acct. No. :             ████████8010
Beneficiary :                Nirav Ingredients
Beneficiary Address :        6420 Rea Rd, Suite A1-357, Charlotte, NC 28277.

Nirav Ingredients does not share or convey remittance details through email or other social media. For any change in our company / bank details in future, we shall send the same to you on our letterhead duly signed by an authorized signatory under company seal thru COURIER only.

**We wish to inform you that we shall not be responsible, if your payment is transferred to any account other than what is mentioned herein above.**

**Please acknowledge receipt of this letter by email to** accounts@niravgroup.com **and forward to us thru courier duly signed duplicate as an acknowledgement that you have updated / checked your system with above details.**

Kindly do not hesitate to call us for any further clarification and thank you for your cooperation.

Yours faithfully,

For Nirav Ingredients

Nirav Doshi
Director
Company Seal
(Note: Nirav Ingredients is a division of Nirav Dye & Chemicals, Inc.)

For Ash Ingredients Inc.

Name:          ANIL KRIPALANI
Designation:   PRESIDENT
Date:          7/1/2019.